March 12, 2010

Mr. Gregory D. Smith
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
Mr. Gregory Jordan Wright
Law Office of Gregory J. Wright
P.O. Box 3349
Longview, TX 75606

RE: Case Number: 07-0135
 Court of Appeals Number: 06-06-00039-CV
 Trial Court Number: 2004-2742-CCL2

Style: EAST TEXAS SALT WATER DISPOSAL COMPANY, INC.
 v.
 RICHARD LEON WERLINE

Dear Counsel:

 Today the Supreme Court of Texas issued opinions and enclosed judgment
in the above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Debbie |
| |Autrey |
| |Ms. Barbara |
| |Duncan |